UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-mc-24571-KMM

CREDIT SUISSE SECURITIES (USA) LLC,

       Petitioner,

v.

CRL MANAGEMENT LLC,

       Respondent.
_____/

## MOTION TO CONVERT MISCELLANEOUS CASE TO CIVIL CASE

Petitioner Credit Suisse Securities (USA) LLC ("Credit Suisse") hereby moves this Court to convert this matter from a miscellaneous action to a civil case and as grounds therefor states as follows:

1. On December 19, 2013, Credit Suisse filed its Petition to Confirm Arbitration Award ("Petition").

2. Although filed as a civil action (as intended), the Clerk's office erroneously characterized this matter to be a miscellaneous case. Consequently, the Clerk's office administratively closed the civil case (1:13-cv-24571-XXXX), [D.E. 2], and then renumbered the matter to a miscellaneous case (1:13-mc-24571-KMM), [D.E. 3].

3. On December 23, 2013, Credit Suisse sought the issuance of a summons in order to serve the Petition on Respondent CRL Management LLC ("CRL"). [D.E. 6].

4. Three days later, on December 26, the Clerk issued a notice to Credit Suisse stating that the summons could not be issued because "MC cases do not require summons(es)." [D.E. 7].

5. In order to proceed with the confirmation proceedings, however, Credit Suisse must obtain a summons so that it may serve the Petition on CRL as required by the Federal Rules of Civil Procedure and the Federal Arbitration Act. *See* Fed. R. Civ. P. 4(c); 9 USC § 9.

6. To resolve this matter, undersigned counsel contacted the Clerk's office to seek to cause the conversion of this miscellaneous case back to a civil case, as it was intended to be when originally filed. Undersigned counsel was advised, however, that an order from this Court was necessary for such a conversion.

7. Consequently, Credit Suisse respectfully requests that this Court enter an order directing the Clerk's office to convert this miscellaneous case back to a civil case so that Credit Suisse may obtain a summons and serve the Petition on CRL.

WHEREFORE, Credit Suisse respectfully requests that the Court direct the Clerk's office to convert this miscellaneous case back to a civil case, and for all other relief this Court deems just and proper.

Dated: January 17, 2014                          Respectfully Submitted,

BRESSLER, AMERY & ROSS, P.C.
Counsel for Petitioner Credit Suisse Securities (USA) LLC
200 E. Las Olas Blvd., Suite 1500
Fort Lauderdale, FL  33301
Telephone:   (954) 499-7979
Facsimile:   (954) 499-7969
E-mail:   jschwartz@bressler.com

By:   s/ Jonathan C. Schwartz
        Florida Bar No. 51540