UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-cv-24571-KMM

CREDIT SUISSE SECURITIES (USA) LLC,

Petitioner,

v.

CRL MANAGEMENT LLC,

Respondent.

_______________________________________/

**CREDIT SUISSE SECURITIES (USA) LLC'S MOTION SEEKING ATTORNEYS' FEES IN THE AMOUNT OF $30,770.86**

Petitioner Credit Suisse Securities (USA) LLC ("Credit Suisse"), pursuant to this honorable Court's Order dated September 29, 2014, hereby files its Motion Seeking Attorneys' Fees in the Amount of $30,770.86.

**PRELIMINARY STATEMENT**

1. The present case follows Credit Suisse's successful prosecution of an arbitration action (the "Arbitration")[1] brought by Credit Suisse against Defendant CRL Management, LLC ("CRL") before the Financial Industry Regulatory Authority ("FINRA") for breach of contract predicated upon CRL's failure to pay for a securities trade that CRL reneged on. *See* Statement of Claim attached as Exhibit 1.

2. After an in-person final evidentiary hearing, and after considering the pleadings, testimony, and documentary evidence, the three arbitrator panel in the Arbitration executed and acknowledged an award dated November 7, 2013 ("Award"). *See* Award attached as Exhibit 2.

---

[1] The Arbitration was styled *Credit Suisse Securities (USA) LLC v. CRL Management, LLC*, FINRA Case No. 11-04043.

The Award found CRL liable to Credit Suisse and awarded Credit Suisse compensatory damages. *Id.* at p. 2.

3. Pursuant to FINRA Rules, CRL was to pay the compensatory damages awarded by the arbitration panel within 30 days. *See*, *e.g.*, letter from FINRA enclosing award attached as Exhibit 3. To date, CRL has failed to make any payments in satisfaction of the Award.

4. As a result, Credit Suisse's counsel has been forced to confirm the Award via a Motion to Confirm the Arbitration Award (the "Motion to Confirm").

5. On September 29, 2014, an Order confirming the Award and inviting Credit Suisse to make an application for attorney's fees was entered by this honorable Court. *See* Order attached as Exhibit 4.

6. Credit Suisse seeks an award of attorneys' fees in the amount of $30,770.86, representing attorneys' fees incurred by the law firm of Bressler, Amery & Ross, P.C. ("Bressler") in connection with the Motion to Confirm. As set forth herein, these fees are reasonable and customary in this jurisdiction, in light of the nature and length of the case, the experience of counsel, and the favorable results obtained.

## <u>STATEMENT OF FACTS</u>

### The Arbitration and Procedural History

7. On November 13, 2012, Credit Suisse filed a Statement of Claim, commencing an arbitration proceeding against CRL before FINRA. *See* Exhibit 1.

8. In the Arbitration, Credit Suisse asserted a single cause of action against CRL for breach of contract predicated on CRL's failure to repay monies owed to Credit Suisse for CRL's failure to pay for its purchase of shares of Invesco Mortgage Capital – a trade that CRL reneged on. *See* Exhibit 1.

9. On October 28 through November 1, 2013, an in-person final evidentiary hearing on the merits of the underlying Arbitration was held before the FINRA arbitration panel in Miami, Florida. *See* Exhibit 2.

10. After considering the pleadings, testimony, and documentary evidence, the arbitrator executed and acknowledged the Award, dated November 7, 2013, which found CRL liable to Credit Suisse and awarded Credit Suisse compensatory damages as a result. *See* Exhibit 2.

11. Pursuant to FINRA Rules, CRL was to pay the compensatory damages awarded by the arbitration panel within 30 days. *See* Exhibit 3. To date, CRL has failed to make any payments in satisfaction of the Award.

12. On December 19, 2013, Credit Suisse filed a Petition to Confirm the Arbitration Award ("Petition"). *See* Petition attached as Exhibit 5.

13. On February 5, 2014, CRL filed a Response to the Petition and a Motion to Vacate the Arbitration Award ("Motion to Vacate"). *See* Motion to Vacate attached as Exhibit 6.

14. On February 24, 2014, Credit Suisse filed a Response in Opposition to Motion to Vacate Arbitration Award and Reply In Support of Petition to Confirm the Arbitration Award ("Credit Suisse Response"). *See* Credit Suisse Response attached as Exhibit 7.

15. On March 11, 2014, CRL filed a Reply to Response to Motion to Vacate the Arbitration Award. On March 13, 2014, CRL filed an Amended Reply to Response to Motion to Vacate the Arbitration Award ("CRL Amended Reply"). *See* CRL Amended Reply attached as Exhibit 8[2].

16. On September 29, 2014, this Court issued an Order ("Order") confirming the Award, denying the Motion to Vacate the Award and allowing for Credit Suisse to make an

[2] As it supersedes the original CRL Reply, only the CRL Amended Reply is attached hereto.

application for its attorney's fees. *See* Exhibit 4.

17. Therefore, Credit Suisse makes the instant application for the attorney's fees that it incurred in connection with the Motion to Confirm the Arbitration Award and its opposition to the Motion to Vacate the Arbitration Award.

**ATTORNEY'S FEES AND COSTS**

18. Jonathan C. Schwartz has been practicing in Florida since 2008. Edwin A. Zipf has been practicing in New Jersey since 1983. Nikolas S. Komyati has been practicing in New Jersey since 2003.

19. With respect to the fees sought by this application, Credit Suisse is limiting the application to those fees incurred in connection with the Motion to Confirm the Arbitration Award and CRL's Motion to Vacate. These fees were $30,622.30, and the costs were $148.56 for a total of $30,770.86. Redacted copies of the firm's invoices are attached as Exhibit 9. Unredacted copies of the invoices can be provided to the Court for *in camera* inspection upon request.

20. The rates charged to Credit Suisse are reasonable and customary for attorneys of similar experience.

21. In general, the legal services provided to Credit Suisse consisted of consultation, preparing and filing the Motion to Confirm the Arbitration Award, preparing and filing the opposition to the Motion to Vacate the Arbitration Award and communications with defendant's counsel.

22. Bressler is also representing Credit Suisse with respect to the collection of the Judgment. Credit Suisse respectfully reserves its right to amend its application to account for additional fees associated with further collection efforts.

23. All services rendered and charged to Credit Suisse in this matter were reasonable, proper and necessary under the circumstances of this matter.

24. Based on the foregoing, Credit Suisse respectfully requests the Court to award Credit Suisse attorney's fees and costs in the amount of $30,770.86.

## CONCLUSION

Credit Suisse respectfully requests an award of contractual attorneys' fees of at least $30,770.86, plus legal interest and any other relief that this Court deems proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served through the CM/ECF System and electronically mailed to: Daniel Stuart Newman, Esq., Dnewman@broadandcassel.com, msanchez@broadandcassel.com; and Amanda Star Frazer, Esq., afrazer@broadandcassel.com, yportanova@broadandcassel.com, on this October 29, 2014.

Respectfully submitted,

*s/ Jonathan C. Schwartz*

**BRESSLER, AMERY & ROSS, P.C.**
200 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301
Phone: (954) 499-7979; Fax: (954) 499-7969
Email: jschwartz@bressler.com
*Counsel for Plaintiff*