UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-cv-24571-KMM

CREDIT SUISSE SECURITIES (USA) LLC,

    Petitioner,

v.

CRL MANAGEMENT LLC,

    Respondent.
_____/

### PETITIONER'S MOTION TO RE-OPEN CASE

Petitioner Credit Suisse Securities (USA) LCC ("Credit Suisse") respectfully moves this Honorable Court to re-open the instant action so that Credit Suisse can engage in post-judgment discovery and collect on the underlying arbitration award previously confirmed by this Court. In support thereof, Credit Suisse states as follows:

1.    On or about October 21, 2011, Credit Suisse filed a Statement of Claim with FINRA and initiated an arbitration against CRL, captioned *Credit Suisse Securities (USA) LLC v. CRL Management LLC*, FINRA Case No. 11-04043.

2.    The FINRA arbitrators appointed to hear the matter considered the pleadings, evidence, and arguments presented at the hearing and issued a written Award in favor of Credit Suisse and against CRL, awarding Credit Suisse the aggregate amount of $1,312,949.31 plus post-Award interest in accordance with the FINRA Code.

3. On September 29, 2014, the Court entered an Order granting the Petition to Confirm Arbitration Award ("Order"). [D.E. 35]. As part of the Order, the Court directed the Clerk of the Court to close this case, which the Clerk of Court did on September 29.

4. Credit Suisse has demanded payment from CRL pursuant to the Award as confirmed.

5. To date, CRL has refused to satisfy Credit Suisse's demand and has made no efforts to satisfy the Award as confirmed.

6. Consequently, Credit Suisse wishes to avail itself of the rights and remedies afforded to it by Federal Rule of Civil Procedure 69, which allows a party to engage in discovery in aid of execution.

7. There is no pending action in which Credit Suisse can serve discovery in aid of execution and, without the re-opening of the instant case, Credit Suisse may be deprived of its right to collect on the Award as confirmed.

WHEREFORE, Credit Suisse prays that this motion be granted and that the Court re-open the instant action so that Credit Suisse can engage in discovery in aid of execution, and for all other relief as the Court deems just and appropriate.

## Local Rule 7.1(a)(3) Certificate

Undersigned counsel conferred with counsel for CRL, who does not agree to the relief requested herein.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on Daniel S. Newman, Esq., Dnewman@broadandcassel.com, msanchez@broadandcassel.com and Amanda S. Frazer, Esq., afrazer@broadandcassel.com, yportanova@broadandcassel.com, *Counsel for Respondent*, through an automatic Email message generated by the CM/ECF system, on this January 8, 2015.

                                                Respectfully submitted,

                                                *s/ Jonathan C. Schwartz*
                                                Jonathan C. Schwartz, Esq.
                                                Fla. Bar No.: 51540
                                                **BRESSLER, AMERY & ROSS, P.C.**
                                                200 East Las Olas Blvd., Suite 1500
                                                Fort Lauderdale, FL 33301
                                                Phone: (954) 499-7979; Fax: (954) 499-7969
                                                Email: jschwartz@bressler.com
                                                *Counsel for Plaintiff*