UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-cv-24571-KMM

CREDIT SUISSE SECURITIES (USA) LLC,

    Petitioner,

v.

CRL MANAGEMENT LLC,

    Respondent.
_____/

**PETITIONER'S MOTION TO MODIFY THE JUDGMENT IN A
CIVIL CASE PURSUANT TO RULE 60(a) AND (b) OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

Petitioner Credit Suisse Securities (USA) LCC ("Credit Suisse"), pursuant to Federal Rules of Civil Procedure 60(a) and (b), respectfully moves this Honorable Court to modify the Order Confirming Arbitration Award entered on September 29, 2014 to clarify that a money judgment in the amount of $1,312,949.31 plus post-Award interest in accordance with the FINRA Code ("Code") is entered in favor of Credit Suisse and against Respondent CRL Management LLC ("CRL"). In support thereof, Credit Suisse states as follows:

**Background**

On or about October 21, 2011, Credit Suisse filed a Statement of Claim with FINRA and initiated an arbitration against CRL, captioned *Credit Suisse Securities (USA) LLC v. CRL Management LLC*, FINRA Case No. 11-04043. The Statement of Claim alleged causes of action against CRL for breach of contract relating to CRL's alleged refusal to pay for its purchase of shares of Invesco Mortgage Capital.

1

The FINRA arbitrators appointed to hear the matter considered the pleadings, evidence, and arguments presented at the hearing and issued a written Award in favor of Credit Suisse and against CRL, awarding Credit Suisse the aggregate amount of $1,312,949.31 plus post-Award interest in accordance with the Code.

Pursuant to the Federal Arbitration Act, 9 U.S.C. §9, Credit Suisse filed its Petition to Confirm Arbitration Award (the "Petition"). [D.E. 1]. The Petition asked the Court to confirm the Award as issued by the FINRA arbitrators. In response, CRL filed its Motion to Vacate Arbitration Award. [D.E. 13]. After full briefing, the Court entered an Order that granted the Petition to Confirm Arbitration Award and denied the Motion to Vacate Arbitration Award ("Order"). [D.E. 35].

The Order, however, did not expressly state that a final judgment had been entered in favor of Credit Suisse. Moreover, the Order did not identify the parties for and against whom judgment was being entered, or state a definite and certain designation of the amount owed to Credit Suisse by CRL.

Credit Suisse therefore brings this motion to modify the Order to clarify that a money judgment in the amount of $1,312,949.31 plus post-Award interest in accordance with the Code is entered in favor of Credit Suisse and against CRL.

## **Argument**

Pursuant to Rule 60(a) and Rule 60(b)(1) of the Federal Rules of Civil Procedure, the Court may correct a mistake arising from oversight or omission whenever one is found in a judgment or order, or for any other reasons that justify relief. In its current form, not only is the Order not called a final judgment, but the Order is unclear to the reader as to exactly what has

been entered by way of a money judgment in favor of Credit Suisse and against CRL. While the original arbitration award, as confirmed, has the full force and effect of any other judgment, the actual Order could be construed on its face as being ambiguous. Individuals such as a Recorder of Deeds, bankers, U.S. Marshalls, or local sheriffs would need to have the original FINRA Arbitration Award and the Order both in hand to understand and appreciate that a money judgment for a specific amount has been entered in favor of Credit Suisse and against CRL. In its current form, the Order creates unintended difficulties as Credit Suisse pursues enforcement of the Order through collection mechanisms available to it.

To facilitate an orderly enforcement and collection process and to avoid administrative and bureaucratic confusion, Credit Suisse requests that the Order be modified to add language inadvertently omitted or that in the interest of justice should otherwise be inserted for clarity. Therefore, Credit Suisse moves that the following language be added as a new paragraph to the end of the Order:

> **Therefore, judgment in the amount of $1,312,949.31 plus post-Award interest [in an amount to be determined] is entered in favor of Credit Suisse Securities (USA) LCC and against CRL Management LLC.**

This proposed language does not change the effect of the Order nor does it prejudice any party or alter their rights. It simply clarifies for the reader exactly what the judgment for Credit Suisse and against CRL is.

### Conclusion

WHEREFORE, Credit Suisse prays that this motion be granted and that the Order entered on September 29, 2014 be modified to clarify that a money judgment in the amount of

$1,312,949.31 plus post-Award interest in accordance with the Code is entered in favor of Credit Suisse and against CRL, and for all other relief as the Court deems just and appropriate.

## Local Rule 7.1 Certificate

Undersigned counsel conferred with counsel for CRL, who does not agree to the relief requested herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on Daniel S. Newman, Esq., Dnewman@broadandcassel.com, msanchez@broadandcassel.com and Amanda S. Frazer, Esq., afrazer@broadandcassel.com, yportanova@broadandcassel.com, *Counsel for Respondent*, through an automatic Email message generated by the CM/ECF system, on this January 8, 2015.

Respectfully submitted,

*s/ Jonathan C. Schwartz*
Jonathan C. Schwartz, Esq.
Fla. Bar No.: 51540
**BRESSLER, AMERY & ROSS, P.C.**
200 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301
Phone: (954) 499-7979; Fax: (954) 499-7969
Email: jschwartz@bressler.com
*Counsel for Plaintiff*